**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**KENNETH L. LESTER**,<br>Supervised Releasee | NO. 5: 94-CR-58 (HL)<br><br>RE: VIOLATION OF SUPERVISED RELEASE |

## O R D E R

KENNETH L. LESTER, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for an INITIAL APPEARANCE HEARING under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Mr. Franklin J. Hogue of the Macon Bar. The government was represented by Assistant U. S. Attorney Michael T. Solis. The **SUPERVISED RELEASEE** was advised of the nature of the proceedings against him and of his legal and constitutional rights. With the assistance of legal counsel, he WAIVED a preliminary hearing under Rule 32.1(b)(1) of the *Rules* and agreed that a *FINAL* hearing could be scheduled under Rule 32.1(b)(2).

Upon consideration of the provisions of 18 U.S.C. §3143(a), and upon the recommendation of counsel for the government, the court finds that release from custody at this time is appropriate in this case. Accordingly, Mr. Lester is released from custody under the conditions of supervised release heretofore imposed upon him. He shall appear before the Honorable Hugh Lawson, district judge, for a FINAL HEARING as directed by Judge Lawson. The Clerk of Court is directed to forward this order and the within file to Judge Lawson for the scheduling at the earliest possible time of said FINAL HEARING.

SO ORDERED AND DIRECTED, this 7th day of JUNE, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE